# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JUDGE: REBECCA RUTHERFORD | |
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: Shawn McRoberts |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 10:46 - 12:19 |
| A.M.          P.M. | DATE: June 10, 2020 |

☑ MAG. NO. ☐ DIST. CR. NO. 3:20-mj-00562-BN

USDJ Magistrate Judge David L. Horan

UNITED STATES OF AMERICA §
§
v. §
§
§
§
PHILIP RUSSELL ARCHIBALD (1) §

__Tiffany Eggers__, AUSA

_____ ☐

__Rachael Taft__ (F) ☐
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☑ PRELIMINARY HEARING
☑ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:   ☐ SURRENDER_____
☐ RULE 5/32 ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☐ ID ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: Exhibits (Gov't) 1-13 admitted

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2020
CLERK, U.S. DISTRICT COURT
By _____
     Deputy