## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO: 3:20-MJ-562-BN |
| v. | |
| PHILIP RUSSELL ARCHIBALD and DANIELLE BOCANEGRA | |

## ORDER UNSEALING CRIMINAL CASE

Before the Court is the Government's Motion for Order Unsealing the Criminal Case. (Dkt. 13 and Dkt 14).

The Court **GRANTS** the government's motion.

IT IS THEREFORE ORDERED that the Criminal Complaint with affidavit will remain sealed. However, a copy of the Criminal Complaint with a redacted copy of the affidavit will be filed for public access.

**SO ORDERED** on this 11th day of June, 2020.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS