AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**June 5, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Philip Russell Archibald and Danielle Bocanegra | ) ) ) ) | 3:20-MJ- 562-BN |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 10/18/18 and 6/5/2020  in the county of  Dallas  in the
Northern District of  Texas and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 & 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
John N. Schexnayder, Special Agent DEA
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: June 5, 2020

_____
*Judge's signature*

City and state:  Dallas, Texas

DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILIP RUSSELL ARCHIBALD<br>and<br>DANIELLE BOCANEGRA | **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, JOHN N. SCHEXNAYDER, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a Criminal Complaint charging Philip Russell ARCHIBALD and Danielle BOCANEGRA with conspiracy to distribute and possession with intent to distribute controlled substances in the Northern District of Texas and elsewhere, in violation of 21 U.S.C. §§ 841 and 846.

2. I am a Special Agent with the Drug Enforcement Administration ("DEA"), and have been for approximately twenty-nine (29) years. I am currently assigned to the Tactical Diversion Squad ("TDS") of the Drug Enforcement Administration, Houston Division, Austin Resident Office. As part of my duties, I have written for and assisted in the execution of search warrants leading to the seizure of controlled substances, including Steroids, Cocaine, Marijuana, MDMA (3,4-methylenedioxy-methamphetamine) aka "Ecstasy," Methylone, Ethylone aka "Molly" and Heroin, manufacturing equipment, illegitimate prescriptions and other evidence. I have also participated in many aspects of diversion and prescription drug investigations,

including but not limited to analyzing information obtained from telephone toll information, evaluating surveillance results, and monitoring court-authorized wire intercepts.  I am experienced in the methods used by individuals and drug trafficking organizations to divert and distribute legitimate controlled substances into illegitimate channels, as well as the methods used to hide the profits from those transactions.  I am an officer of the United States who is empowered by law to conduct investigations and to make seizures for offenses enumerated in Titles 18 and 21 of the United States Code.

3. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and witnesses, and my review of records and evidence in this case. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. As will be set forth below, there is and I have probable cause to believe that Philip Russell ARCHIBALD and Danielle BOCANEGRA and other persons known and unknown have conspired to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846.

## PROBABLE CAUSE

5. The United States, including the Drug Enforcement Administration ("DEA") and the United States Postal Inspection Service ("USPIS"), have been conducting an investigation into a steroid drug distribution ring involving Philip Russell ARCHIBALD and Danielle BOCANEGRA since approximately March 2019.  As will be described in detail below, members of the drug distribution ring have cause packages to be shipped in interstate commerce that contain steroids which are then redistributed to other individuals.

6. On March 11, 2019, in a DEA controlled drug evidence purchase operation, Danielle BOCANEGRA sold an undercover law enforcement officer 10 vials of steroids for $900.00 in Briggs, Texas. The steroids sold to the undercover law enforcement officer were contained in a zip-lock baggie. Thereafter, the steroids and the zip-lock baggie were sent to the Texas Department of Public Safety lab in Austin, Texas, for drug analysis and fingerprint identification. The Texas Department of Public Safety ("DPS") lab identified 9 latent fingerprints on the zip-lock baggie matching the fingerprints on file for Philip Russell ARCHIBALD (Date of Birth:           /SSN:           / Texas DL:           ). Through investigative research, agents identified a Facebook account for ARCHIBALD where he posted numerous videos and photos of himself posing while working out and during bodybuilding competitions. A query for employment revealed ARCHIBALD owns his own business called "The Physique Builder." A search revealed the only income reported for ARCHIBALD in 2019 was approximately $1,500.00 dollars from his business. ARCHIBALD advertises that he is a personal trainer. On the back window of ARCHIBALD'S Nissan Titan truck there are 2 large stickers for "The Physique Builder." A search for Philip ARCHIBALD on YouTube revealed numerous videos of ARCHIBALD working out and several videos of ARCHIBALD discussing hormones, multivitamins, diets, and nutrition. ARCHIBALD also advertises himself as a personal trainer under the website www.thephysiquebuilder.com, the email address philip@thephysiquebuilder.com, and Instagram username @thephysiquebuilder.[1]

7. In April 2019, the same undercover law enforcement officer made contact via text messaging with Danielle BOCANEGRA to inquire about purchasing additional steroids.

---

[1] On or about June 2, 2020, a Pen Register Trap and Trace Device was issued by the Court for this Instagram account. (3:20-pr-86).

Thereafter, BOCANEGRA agreed to sell the law enforcement officer ten vials of steroids for $900.00. During one of their communications (via text messaging), Danielle BOCANEGRA stated, "If not like I said I can mail it to you I need ship stuff tomorrow anyways once I get a payment from a guy in college station." On April 15, 2019, Danielle BOCANEGRA agreed to deliver the steroids to the law enforcement officer on or about April 16, 2019 at the J&J Market in Briggs, Texas.

8. On April 15, 2019, your affiant identified a parcel that was shipped from College Station, Texas and was en route to                    Lampasas, Texas 76550, the residence of Danielle and Brodi BOCANEGRA. Your affiant also identified the label as one purchased from the self-service kiosk inside the College Station (Texas) Post Office. The shipping label indicated that the parcel was being sent to Brodi B,                    Lampasas, Texas 76550. Your affiant believes that Brodi B is Brodi Ray BOCANEGRA, the spouse of Danielle BOCANEGRA. Your affiant confirmed that the parcel was delivered to the BOCANEGRA address on April 15, 2019, at approximately 3:19 PM. On that same day, at approximately 4:58 PM, Danielle BOCANEGRA agreed to deliver steroids to the law enforcement officer on April 16, 2019 at the J&J Market in Briggs, Texas. Thereafter, at approximately 12:43 PM Danielle BOCANEGRA sold an undercover law enforcement officer 10 vials in the J&J Market parking lot.

9. On May 17, 2019, agents identified Philip Russell ARCHIBALD as the subject who purchased the shipping label for the aforementioned 10 vial steroid package delivered to the BOCANEGRA residence on April 15, 2019. That is, agents have been able to determine that on April 12, 2019, ARCHIBALD purchased the postage for the package using a kiosk inside the College Station, Texas Post Office that was delivered to BOCANEGRA's address on April 15,

4

2019. Based upon the investigation, your affiant believes that this parcel contained the vials of steroids that BOCANEGRA then sold to the undercover law enforcement officer in the J&J Market parking lot on April 16, 2019. The label on the package shipped on April 12, 2019, displayed BOCANEGRA's address and "Brodi B" was handwritten above the address. Neither ARCHIBALD's name nor address were displayed on the parcel. The label was purchased at a self-service kiosk inside the College Station Post Office. The parcel was a United States Postal Service ("USPS") Priority Mail Small Flat Rate Box, shipped via Priority Mail for $7.90. To date, agents have gathered USPS records and images showing that Philip ARCHIBALD has mailed at least ten similar boxes to other individuals across the United States.

10. On May 21, 2019, the undercover law enforcement officer began communicating with Danielle BOCANEGRA via text messaging for the purchase of 16 vials of steroids. Thereafter, on May 30, 2019, Danielle BOCANEGRA agreed to sell the undercover law enforcement officer 16 vials of steroids for $1,450.00 dollars. On June 3, 2019, Danielle BOCANEGRA agreed to deliver the 16 vials of steroids to the undercover law enforcement officer on June 4, 2019 at the J&J Market in Briggs, Texas. Thereafter, at approximately 12:21 PM Danielle BOCANEGRA sold an undercover law enforcement officer 16 vials of steroids in the J&J Market parking lot.

11. On June 19, 2019, your affiant identified six parcels, between the dates of October 10, 2018 to June 6, 2019, sent to the BOCANEGRA residence in Lampasas, Texas. A review of the labels on the six parcels revealed that four of the parcels were sent from the College Station (Texas) Post Office and two of the latest parcels were sent from the Cedar Hill (Texas) Post Office. Below is a list of the parcels to the BOCANEGRA residence between October 2018 and June 2019.

| Shipping Date | Delivery Date | Post Office Shipment Location |
|---|---|---|
| October 10, 2018 | October 13, 2018 | College Station, Texas |
| October 17, 2018 | October 20, 2018 | College Station, Texas |
| March 6, 2019 | March 9, 2019 | College Station, Texas |
| April 12, 2019 | April 15, 2019 | College Station, Texas |
| May 31, 2019 | June 3, 2019 | Cedar Hill, Texas |
| June 6, 2019 | June 6, 2019 | Cedar Hill, Texas |

According to USPS records, the labels for these parcels were purchased from a self-service kiosk inside the respective post offices. During the course of the investigation, it was learned that Philip ARCHIBALD had moved from College Station to a residence in Lancaster, Texas, which is near Cedar Hill, Texas, on or about April 17, 2019. Images from a camera inside the College Station self-service kiosk show that ARCHIBALD purchased two of the four College Station labels.[2] Images from a camera inside the Cedar Hill Post Office postage kiosk show ARCHIBALD purchasing both of the Cedar Hill labels.

12. On June 7, 2019, ARCHIBALD received a Priority Mail parcel at his residence located at                         Lancaster, Texas, from Viva Naturals, 1812 N. Kansas, Wichita, Kansas 67214. USPS records indicate that this parcel was mailed on June 5, 2019. On June 18, 2019, agents learned that several parcels related to this shipper were intercepted and found to contain steroids. On June 6, 2019, a search warrant was executed on the shipper's residence in Wichita, Kansas. A search of the residence resulted in the seizure of steroids, manufacturing supplies, currency, marijuana, and a handgun.

13. On July 1, 2019, at approximately 3:25 PM, agents followed ARCHIBALD from his residence to the Lancaster Post Office. Agents then observed ARCHIBALD enter the Post

---

[2] Images from the kiosk for the purchase of the other two College Station parcels could not be retrieved because they were already purged from the USPS system at the time of the image search. It is your affiant's understanding that the United States Postal Service ("USPS") routinely maintains the images for approximately three months.

Office with at least one parcel. After ARCHIBALD left the Post Office, agents retrieved a parcel from the bin used to collect mail dropped in the slot inside the post office. It was a USPS Priority Mail Small Flat Rate Box. On the box was Click-N-Ship Priority Mail 2-Day label 9405 5036 9930 0047 7642 47 that contained ARCHIBALD'S name and previous College Station address in the sender section and Amanda Le, Cedar Park, Texas 78613-3670 in the recipient section. The postage on the label was $7.90. Social media research indicated that Amanda Le is a bodybuilder and associated with ARCHIBALD's Facebook account, where she mentions being trained by ARCHIBALD.

  14. Pursuant to a federal search warrant issued by this Court on July 3, 2019, this box was opened and found to contain a sleeveless t-shirt and a baggie containing 64 red capsules weighing approximately 0.9 oz. (3:19-MJ-606-BN). Subsequent thereto, the substances were tested by the U.S. Postal Inspection Service Forensic Laboratory which determined the capsules contained oxandralone, a known steroid compound.

  15. On the morning of July 2, 2019, it was observed that ARCHIBALD's garbage and recycling cans were on the street in front of his residence for pick-up. Other garbage and recycling cans on his block were also observed on the street for pick-up.[3] On July 2, 2019, ARCHIBALD's garbage and recycling were retrieved as a part of this investigation. Multiple items that were consistent with controlled substance distribution and use were seized from ARCHIBALD's garbage.

  16. Over the course of this investigation, ARCHIBALD has received at least twenty parcels from a mailer in San Diego using the name and address of Chris Bigg, 4615 Noyes

---

[3] A search of the City of Lancaster website showed that garbage pick-up for ARCHIBALD's address occurred on Tuesdays and July 2, 2019 was a Tuesday.

Street, San Diego, California 92109.  Research into this shipper's mailing history indicates that he has shipped items to other individuals involved in body building.  For instance, parcels with the return address 4615 Noyes Street have been mailed to Austin residents Brandon Spalding and Adam Canafax, whose Facebook pages indicate heavy involvement in bodybuilding.  Based my training and experience, I know and have learned that steroid use is prevalent in segments of some bodybuilding communities.

17.     This investigation has also determined that ARCHIBALD has received at least three parcels at his residence in Lancaster from Chris Bartlett who resides at East Meadow, New York 11554.  Bartlett's Facebook page indicates that he and his wife have been involved in bodybuilding and Bartlett discusses steroids on his posts.  The most recent suspicious package from Bartlett was received at ARCHIBALD's residence on May 14, 2020.

18.     During the course of the investigation into ARCHIBALD and BOCANEGRA, it has been learned that between February 2019 and April 2020, ARCHIBALD has mailed out at least 27 parcels.  Of those parcels, agents identified approximately 7 that were delivered to the BOCANEGRA residence, with the most recent parcel being delivered on April 20, 2020.

19.     Based on the foregoing, I have and submit there is probable cause to believe that Philip Russell ARCHIBALD and Danielle BOCANEGRA have engaged in a conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846, in the Northern District of Texas and elsewhere.  I therefore, request that this Court issue a Criminal Complaint and arrest warrants for their arrest.

20.     I further request that the Court order that all papers in support of this Complaint, including the affidavit and arrest warrants, be sealed until further order of the Court.  These

8

documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

_____
JOHN N. SCHEXNAYDER
SPECIAL AGENT, DEA

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Dated this ___5th___ day of June, 2020.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

9