

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> PHILIP RUSSELL ARCHIBALD | NO.  3:20-CR-562-BN |

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Philip Russell Archibald,** pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

> \_\_\_\_ Crime of violence (18 U.S.C. §3156);
>
> \_\_\_\_ Maximum sentence life imprisonment or death
>
> \_\_X\_\_ 10 + year drug offense
>
> \_\_\_\_ Felony, with two prior convictions in above categories
>
> \_\_X\_ Serious risk defendant will flee
>
> \_\_\_\_ Serious risk obstruction of justice
>
> \_\_\_\_ Felony involving a minor victim
>
> \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon
>
> \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

    ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

DATED this __8th__ day of <u>June</u>, 2020.

> Respectfully submitted,
>
> ERIN NEALY COX
> UNITED STATES ATTORNEY
>
> *s/ Tiffany H. Eggers*
> TIFFANY H. EGGERS
> Assistant United States Attorney
> Florida Bar No. 0193968
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242
> Telephone: 214-659-8600
> Facsimile: 214-659-8805
> Email: Tiffany.Eggers@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this document will hand delivered to counsel appearing at the defendant's initial appearance, and that a copy of the same will be provided to the Clerk of Court.

> *s/ Tiffany H. Eggers*
> TIFFANY H. EGGERS
> Assistant United States Attorney

**Motion for Detention - Page 3**